**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF WASHINGTON**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **ERIKA**<br>First name<br>**LORENZA**<br>Middle name<br>**GARCIA**<br>Last name | First name<br><br>Middle name<br><br>Last name |
| | Bring your picture identification to your meeting with the trustee. | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **0 5 9 4**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 1 of 81

| Debtor 1 | ERIKA | LORENZA | GARCIA | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

About Debtor 2:

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**28815 45TH PL S**
Number        Street

**AUBURN, WA 98001-2810**
City                          State      ZIP Code

**KING**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____
City                          State      ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

**6. Why you are choosing *this* district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **ERIKA** | **LORENZA** | **GARCIA** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Tell the Court About Your Bankruptcy Case

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| | MM / DD / YYYY | |
| Debtor | | Relationship to you |
| District | When | Case number, if known |
| | MM / DD / YYYY | |

---

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **ERIKA** | **LORENZA** | **GARCIA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____  _____  _____
City                          State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 4 of 81

| Debtor 1 | **ERIKA** | **LORENZA** | **GARCIA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.

☐ Yes.   What is the hazard?   _____

_____

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?   _____

Number        Street

_____

_____

City                                          State        ZIP Code

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 5 of 81

Debtor 1    **ERIKA**         **LORENZA**       **GARCIA**

First Name    Middle Name    Last Name

Case number *(if known)* _____

<div style="background:black;color:white">

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

</div>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. |
| If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **ERIKA** | **LORENZA** | **GARCIA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☑ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *Erika Garcia*

Erika Lorenza Garcia, Debtor 1

Executed on  **04/02/2025**
MM/ DD/ YYYY

| Debtor 1 | **ERIKA** | **LORENZA** | **GARCIA** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**X** /S/ MARK CHARLES MCCLURE _____     Date **04/02/2025** _____

Signature of Attorney for Debtor                                    MM / DD / YYYY

**MARK CHARLES MCCLURE** _____

Printed name

**LAW OFFICE OF MARK MCCLURE, PS** _____

Firm name

**1103 W MEEKER ST 101** _____

Number          Street

_____

**KENT** _____     **WA**     **98032** _____

City                                                                State      ZIP Code

Contact phone **(253) 631-6484** _____     Email address **MARK@MCCLURELAWGROUP.COM**

**24393** _____     **WA** _____

Bar number                                                    State

Case 25-10893-CMA      Doc 1      Filed 04/02/25      Ent. 04/02/25 21:04:28      Pg. 8 of 81

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1 _____
Street address, if available, or other description

_____

City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .................................................. ➔ | **$0.00** |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Garcia, Erika Lorenza** _____  Case number *(if known)* _____

| 3.1 | Make: | **Toyota** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: **Toyota**

Model: **Camry**

Year: **2003**

Approximate mileage: **200000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,500.00**

Current value of the portion you own? **$3,500.00**

If you own or have more than one, describe here:

3.2
Make: **Toyota**

Model: **Rav4**

Year: **2018**

Approximate mileage: **109000**

Other information:

**Source of Value: JD Power Retail as of 1/23/2025**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$18,673.00**

Current value of the portion you own? **$18,673.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

4.1
Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? _____

Current value of the portion you own? _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................➔ **$22,173.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor __Garcia, Erika Lorenza_____      Case number *(if known)* _____

| | | |
|---|---|---|
| 6. | **Household goods and furnishings** | |
| | *Examples:* Major appliances, furniture, linens, china, kitchenware | |
| | ☐ No | |
| | ☑ Yes. Describe. .........    Household furnishings and goods. | $2,500.00 |

| | | |
|---|---|---|
| 7. | **Electronics** | |
| | *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games | |
| | ☐ No | |
| | ☑ Yes. Describe. .........    Home electronics | $1,000.00 |

| | | |
|---|---|---|
| 8. | **Collectibles of value** | |
| | *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles | |
| | ☑ No | |
| | ☐ Yes. Describe. ......... | |

| | | |
|---|---|---|
| 9. | **Equipment for sports and hobbies** | |
| | *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments | |
| | ☑ No | |
| | ☐ Yes. Describe. ......... | |

| | | |
|---|---|---|
| 10. | **Firearms** | |
| | *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment | |
| | ☑ No | |
| | ☐ Yes. Describe. ......... | |

| | | |
|---|---|---|
| 11. | **Clothes** | |
| | *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories | |
| | ☐ No | |
| | ☑ Yes. Describe. .........    Clothing | $500.00 |

| | | |
|---|---|---|
| 12. | **Jewelry** | |
| | *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver | |
| | ☐ No | |
| | ☑ Yes. Describe. .........    Jewelry | $125.00 |

Debtor **Garcia, Erika Lorenza**                 Case number *(if known)* _____

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. ......... | 5 dogs | $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................... ➡ | $4,125.00

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ...................................................................................................................................... Cash: ................... | $15.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................

    Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **Bank of America - H as of 4/1/2025**<br>**Account Number: 1627** | $2,243.31 |
    | 17.2. Checking account: | **Bank of America - W as of 4/1/2025**<br>**Account Number: 5843** | $4.37 |
    | 17.3. Checking account: | **Chime - W as of 4/1/2025**<br>**Account Number: 0298** | $350.00 |
    | 17.4. Other financial account: | **Paypal as of 4/1/2025** | $0.00 |
    | 17.5. Other financial account: | **VENMO - H as of 4/1/2025** | $0.00 |
    | 17.6. Other financial account: | **VENMO - W as of 4/1/2025** | $120.00 |

---

Debtor  **Garcia, Erika Lorenza** _____  Case number *(if known)* _____

---

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................  Institution or issuer name:

_____

_____

_____

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them....................  Name of entity:                            % of ownership:

_____

_____

_____

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................  Issuer name:

_____

_____

_____

21.  **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.  Type of account:       Institution name:

401(k) or similar plan:  **Fidelity** _____   $1,266.32

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **5**

Debtor __Garcia, Erika Lorenza_____     Case number *(if known)* _____

---

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes .....................        Institution name or individual:

Electric:                   _____        _____

Gas:                        _____        _____

Heating oil:                _____        _____

Security deposit on rental unit:    _____        _____

Prepaid rent:               _____        _____

Telephone:                  _____        _____

Water:                      _____        _____

Rented furniture:           _____        _____

Other:                      _____        _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ...................        Issuer name and description:

_____        _____

_____        _____

_____        _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        _____

_____        _____

_____        _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific     ┌─────────────────────────────────────┐
information about them. ... │                                     │        _____
                           └─────────────────────────────────────┘

---

Debtor **Garcia, Erika Lorenza** _____    Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
        them, including whether you
        already filed the returns and
        the tax years. ...................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

---

Official Form 106A/B                     **Schedule A/B: Property**                              page **7**

Debtor __Garcia, Erika Lorenza__  Case number *(if known)* _____

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
      of each policy and list its value. ...    Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ...............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ...............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................... ➔   $3,999.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

---

Official Form 106A/B          **Schedule A/B: Property**          page **8**

Debtor __Garcia, Erika Lorenza_____  Case number *(if known)* _____

---

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... [_____]  _____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... [_____]  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... [_____]  _____

41. **Inventory**

☑ No

☐ Yes. Describe. ......... [_____]  _____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____     _____     _____

_____     _____     _____

_____     _____     _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. ......... [_____]  _____

---

Debtor __Garcia, Erika Lorenza_____ Case number *(if known)* _____

| 44. | **Any business-related property you did not already list** |
|---|---|

☑ No

☐ Yes. Give specific
information .........

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

| 45. | **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................................... | → | $0.00 |
|---|---|---|---|

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

| 46. | **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?** |
|---|---|

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| 47. | **Farm animals** |
|---|---|

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ......................... _____ _____

| 48. | **Crops—either growing or harvested** |
|---|---|

☑ No

☐ Yes. Give specific
information. ............ _____ _____

| 49. | **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade** |
|---|---|

☑ No

☐ Yes ......................... _____ _____

| 50. | **Farm and fishing supplies, chemicals, and feed** |
|---|---|

☑ No

☐ Yes ......................... _____ _____

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 18 of 81

Debtor  **Garcia, Erika Lorenza**                                          Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
       information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ..........................................................................  ➡   | **$0.00** |

---

### Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific
       information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................  ➡   | **$0.00** |

---

### Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..................................................................................  ➡   | **$0.00** |

56. **Part 2: Total vehicles, line 5**                                            **$22,173.00**

57. **Part 3: Total personal and household items, line 15**                       **$4,125.00**

58. **Part 4: Total financial assets, line 36**                                   **$3,999.00**

59. **Part 5: Total business-related property, line 45**                          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                 **$0.00**

61. **Part 7: Total other property not listed, line 54**                      +   **$0.00**

62. **Total personal property. Add lines 56 through 61.** ..............   | **$30,297.00** |   Copy personal property total  ➡   +  | **$30,297.00** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ......................................................   | **$30,297.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Western** | District of | **Washington** |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **2003 Toyota Camry**<br><br>Line from *Schedule A/B*: **3.1** | **$3,500.00** | ☑ **$3,500.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |
| Brief description: **2018 Toyota Rav4**<br>**Retail as of 1/23/2025**<br><br>Line from *Schedule A/B*: **3.2** | **$18,673.00** | ☑ **$4,825.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Debtor 1 | Erika | Lorenza | Garcia | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household furnishings and goods.**<br>Line from *Schedule A/B*: **6** | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **Home electronics**<br>Line from *Schedule A/B*: **7** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **Clothing**<br>Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |
| Brief description: **Jewelry**<br>Line from *Schedule A/B*: **12** | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |
| Brief description: **5 dogs**<br>Line from *Schedule A/B*: **13** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **Cash**<br>Line from *Schedule A/B*: **16** | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Chime - W as of 4/1/2025**<br>**Checking account**<br>**Acct. No.: 0298**<br>Line from *Schedule A/B*: **17** | **$350.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Bank of America - W as of 4/1/2025**<br>**Checking account**<br>**Acct. No.: 5843**<br>Line from *Schedule A/B*: **17** | **$4.37** | ☑ **$4.37**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |

| Debtor 1 | Erika | Lorenza | Garcia | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bank of America - H as of 4/1/2025** Checking account Acct. No.: 1627 — Line from *Schedule A/B*: **17** | **$2,243.31** | ☑ **$2,243.31** ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **VENMO - H as of 4/1/2025** Other financial account — Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Paypal as of 4/1/2025** Other financial account — Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **VENMO - W as of 4/1/2025** Other financial account — Line from *Schedule A/B*: **17** | **$120.00** | ☑ **$120.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Fidelity** — Line from *Schedule A/B*: **21** | **$1,266.32** | ☑ **$1,266.32** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |

Fill in this information to identify your case:

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **Capital One Auto Finance**

Creditor's Name

**Attn: Bankruptcy**

**7933 Preston Rd**

Number        Street

**Plano, TX 75024-2302**

City        State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **5/1/2021**

Describe the property that secures the claim:     **$13,848.00**    **$18,673.00**    **$0.00**

**2018 Toyota Rav4**
**Retail as of 1/23/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **1    0    0    1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$13,848.00** |
|---|---|

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** Amazon.com Services Inc. | Last 4 digits of account number 5 8 4 3 | **unknown** |

Nonpriority Creditor's Name

**410 Terry Ave N**

Number          Street

**Seattle, WA 98109**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.2**

| American Profit Recovery | Last 4 digits of account number | 0 2 1 3 | $688.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred? _7/1/2024_

**34505 W 12 Mile Road #333**

Number         Street

**Farmington Hills, MI 48331**

City                State                ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CollectionAttorney**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.3**

| American Profit Recovery | Last 4 digits of account number | 6 7 1 1 | $645.55 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred? _____

**34505 W 12 Mile Road Suite 333**

Number         Street

**Farmington, MI 48331**

City                State                ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

| **ATI Physical Therapy** | Last 4 digits of account number    5  2  0  8 | **$100.00** |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**33204 Collection Center Dr.**

Number      Street

As of the date you file, the claim is: Check all that apply.

**Chicago, IL 60693-0001**

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.5**

| **Ballard Orthodontics** | Last 4 digits of account number    9  9  5  8 | **$1,174.23** |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**Attn: Bankruptcy**

**1400 NW Market St. Ste #102**

Number      Street

As of the date you file, the claim is: Check all that apply.

**Seattle, WA 98107**

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.6**   **Bank of America**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 15220**

Number      Street

**Wilmington, DE 19886-5220**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0**   **8**   **6**   **0**      **$14,367.00**

When was the debt incurred?      **1/25/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.7**   **Best Egg**

Nonpriority Creditor's Name

**PO Box 42912**

Number      Street

**Philadelphia, PA 19101**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **7**   **7**   **8**   **5**      **$1,616.00**

When was the debt incurred?      **8/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page **4** of **21**

Debtor 1    **Erika**          **Lorenza**          **Garcia**          Case number *(if known)* _____
            First Name         Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.8**  **Boeing Ecu**
Nonpriority Creditor's Name

**Po Box 97050**
Number          Street

**Seattle, WA 98124**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   6   3   5**          **$15,915.00**

**When was the debt incurred?**          **10/1/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.9**  **Boeing Ecu**
Nonpriority Creditor's Name

**Po Box 97050**
Number          Street

**Seattle, WA 98124**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   5   1   2**          **$5,626.00**

**When was the debt incurred?**          **8/1/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

Debtor 1   **Erika**          **Lorenza**          **Garcia**                    Case number *(if known)* _____
           First Name         Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.10**

**Caine & Weiner**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**5805 Sepulveda Blvd 4th Floor**
Number          Street

**Sherman Oaks, CA 91411**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6    2    9    0                    $160.00

When was the debt incurred?          7/1/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CollectionAttorney**

---

**4.11**

**Caine & Weiner**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 55848**
Number          Street

**Sherman Oaks, CA 91413**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6    2    9    0                    $159.66

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

---

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 29 of 81

Debtor 1    **Erika**      **Lorenza**      **Garcia**      Case number *(if known)* _____

           First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      Total claim

---

**4.12**   **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number      Street

**Salt Lake Cty, UT 84130-0285**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   5   1   2**      **$2,876.00**

When was the debt incurred?    **10/1/2020**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.13**   **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number      Street

**Salt Lake Cty, UT 84130-0285**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   8   9   8**      **$2,075.00**

When was the debt incurred?    **7/1/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page <u>7</u> of <u>21</u>

Debtor 1    **Erika**      **Lorenza**      **Garcia**      Case number *(if known)* _____

First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     Total claim

---

**4.14**   **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number      Street

**Salt Lake Cty, UT 84130-0285**

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6   3   9   8      **$1,410.00**

When was the debt incurred?     **12/1/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.15**   **CenturyLink**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 91155**

Number      Street

**Seattle, WA 98111**

City      State      ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    9   6   7   1      **unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page **8** of **21**

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.16**

**Draper Woldseth PLLC**
Nonpriority Creditor's Name

**4208 198th St SW, Suite 201**
Number        Street

**Lynwood, WA 98036**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1**    **K**    **N**    **T**        $8,646.00

**When was the debt incurred?**        **2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collection Agency**

**Remarks:** Collection for Lendmark Financial Services, Pending lawsuit/judgment

---

**4.17**

**Evergreen Professional Recoveries, Inc.**
Nonpriority Creditor's Name

**12100 NE 195th St. Ste 125**
Number        Street

**Auburn, WA 98001**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**    **7**    **5**    **2**        $13.61

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    _____

---

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 32 of 81

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

---

**4.18** **Finwise Bank**

Nonpriority Creditor's Name

**756 E Winchester St Ste 100**

Number     Street

**Salt Lake Cty, UT 84107-7520**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   9   4   3   9

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**unknown**

---

**4.19** **InDebted**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 1201**

Number     Street

**Farmington, MO 63640**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   3   9   2   7

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$1,439.13**

---

Debtor 1    **Erika**          **Lorenza**         **Garcia**          Case number *(if known)* _____
_____    _____    _____
First Name      Middle Name      Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | Total claim |

---

**4.20** | **Kikoff** | Last 4 digits of account number    **7** **L** **R** **B** | **$220.00**
Nonpriority Creditor's Name

**Attn: Bankruptcy**    When was the debt incurred?    **12/1/2024**
_____

**75 Broadway Suite 226**
_____
Number          Street    **As of the date you file, the claim is:** Check all that apply.
**San Francisco, CA 94111**    ☐ Contingent
_____
City          State          ZIP Code    ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another    priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**
**Is the claim subject to offset?**    _____
☑ No
☐ Yes

---

**4.21** | **Labcorp** | Last 4 digits of account number    **4** **9** **4** **3** | **$17.97**
Nonpriority Creditor's Name

**Attn: Bankruptcy**    When was the debt incurred?    _____

**PO Box 2240**
_____
Number          Street    **As of the date you file, the claim is:** Check all that apply.
**Burlington, NC 27216**    ☐ Contingent
_____
City          State          ZIP Code    ☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another    priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.22**

**Lendmark**
Nonpriority Creditor's Name

**1320 Central Park Bv**
Number          Street

**Fredericksburg, VA 22404**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9   8   0   1**          $7,211.00

When was the debt incurred?          **3/1/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.23**

**Linebarger Goggan Blair & Sampson LLP**
Nonpriority Creditor's Name

**5801 Sound Drive NW Ste 50B**
Number          Street

**Gig Harbor, WA 98335**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   0   3   7**          $215.82

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.24**

**MultiCare**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 5299 MS 1313-5-CUS**
Number          Street

**Tacoma, WA 98415**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2    6    9    4**          $177.83

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.25**

**Ortho Synetics**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**3850 N. Causeway Blvd Ste 800**
Number          Street

**Metairie, LA 70002**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **o    u    n    t**          $943.32

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.26** **Possible Finance**

Nonpriority Creditor's Name

**2231 First Avenue Ste B**

Number                Street

**Seattle, WA 98121**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     **O     9     C     Z**

When was the debt incurred?     **10/1/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Unsecured**

**Total claim: $172.00**

---

**4.27** **Progressive Insurance**

Nonpriority Creditor's Name

**6300 Wilson Mills Rd**

Number                Street

**Cleveland, OH 44143**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     **0     7     5     1**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     _____

**Total claim: unknown**

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.28**

**Radia Inc. P.S.**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**19020 33rd Ave West Ste 210**
Number          Street

**Lynnwood, WA 98036**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **R   A   D   A**          unknown

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.29**

**Sacajawea Veterinary Hospital**
Nonpriority Creditor's Name

**1616 SW Dash Point Rd**
Number          Street

**Federal Way, WA 98023**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___          unknown

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |

---

**4.30**

**Seattle Eye Care**
Nonpriority Creditor's Name

**1600 E Jefferson St Ste 202**
Number      Street

**Seattle, WA 98122-5644**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4   1   1   5      **$665.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.31**

**Swedish Hospital Billing**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**747 Broadway**
Number      Street

**Seattle, WA 98122**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3   2   9   1      **$1,350.28**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 39 of 81

Debtor 1   **Erika**          **Lorenza**          **Garcia**                          Case number *(if known)* _____
           First Name         Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.32**  **Synchrony Bank/Care Credit**                    Last 4 digits of account number    **2   9   7   4**          $2,296.00
          Nonpriority Creditor's Name

          **Attn: Bankruptcy**                              When was the debt incurred?        **12/1/2017**

          **Po Box 965060**
          Number          Street                            **As of the date you file, the claim is:** Check all that apply.

          **Orlando, FL 32896-5060**                        ☐ Contingent
          City            State          ZIP Code           ☐ Unliquidated
                                                            ☐ Disputed
          **Who incurred the debt?** Check one.

          ☑ Debtor 1 only                                   **Type of NONPRIORITY unsecured claim:**
          ☐ Debtor 2 only
          ☐ Debtor 1 and Debtor 2 only                      ☐ Student loans
          ☐ At least one of the debtors and another         ☐ Obligations arising out of a separation agreement or divorce that you did not report as
          ☐ **Check if this claim is for a community debt**     priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
          **Is the claim subject to offset?**               ☑ Other. Specify   **ChargeAccount**

          ☑ No
          ☐ Yes

**4.33**  **Synchrony Bank/Care Credit**                    Last 4 digits of account number    **0   9   9   2**          $1,686.00
          Nonpriority Creditor's Name

          **Attn: Bankruptcy**                              When was the debt incurred?        **8/1/2012**

          **Po Box 965060**
          Number          Street                            **As of the date you file, the claim is:** Check all that apply.

          **Orlando, FL 32896-5060**                        ☐ Contingent
          City            State          ZIP Code           ☐ Unliquidated
                                                            ☐ Disputed
          **Who incurred the debt?** Check one.

          ☑ Debtor 1 only                                   **Type of NONPRIORITY unsecured claim:**
          ☐ Debtor 2 only
          ☐ Debtor 1 and Debtor 2 only                      ☐ Student loans
          ☐ At least one of the debtors and another         ☐ Obligations arising out of a separation agreement or divorce that you did not report as
          ☐ **Check if this claim is for a community debt**     priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
          **Is the claim subject to offset?**               ☑ Other. Specify   **ChargeAccount**

          ☑ No
          ☐ Yes

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                          Total claim

---

**4.34** | **Synchrony Bank/JCPenney** | Last 4 digits of account number    **6   8   3   3** | **$1,772.00**

Nonpriority Creditor's Name

**FL 32896 Attn: Bankruptcy Orlando,**          When was the debt incurred?    **9/1/2021**

**Po Box 965060**

Number          Street

City          State          ZIP Code          **As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.          ☐ Unliquidated

☑ Debtor 1 only          ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only          **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another          ☐ Student loans

☐ **Check if this claim is for a community debt**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No          ☑ Other. Specify    **ChargeAccount**

☐ Yes

---

**4.35** | **Transworld System Inc.** | Last 4 digits of account number    **9   6   7   1** | **$407.35**

Nonpriority Creditor's Name

**500 Virginia Drive Suite 514**          When was the debt incurred?    _____

Number          Street

**Fort Washington, PA 19034**          **As of the date you file, the claim is:** Check all that apply.

City          State          ZIP Code          ☐ Contingent

☐ Unliquidated

**Who incurred the debt?** Check one.          ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only          ☐ Student loans

☐ At least one of the debtors and another          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**          ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**          ☑ Other. Specify    _____

☑ No

☐ Yes

---

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  Total claim

**4.36**

**TRS Recovery Services, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1600 Terrell Mill Rd**
Number          Street

**Marietta, GA 30067**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  8  9  5**          $124.17

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**4.37**

**Upstart Finance**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 1503**
Number          Street

**San Carlos, CA 94070**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9  4  3  9**          $1,439.00

When was the debt incurred?    **9/1/2023**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

Debtor 1    **Erika**          **Lorenza**          **Garcia**          Case number *(if known)* _____
           First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          | Total claim |

**4.38**  **WSFS Bank**                                  Last 4 digits of account number    9    4    3    9              **unknown**
       Nonpriority Creditor's Name

       **Attn: Bankruptcy**                             When was the debt incurred?          _____

       **500 Delaware Ave**
       Number        Street                            **As of the date you file, the claim is:** Check all that apply.

       **Wilmington, DE 19801**                         ❑ Contingent
       City              State          ZIP Code        ❑ Unliquidated
                                                        ❑ Disputed
       **Who incurred the debt?** Check one.
       ☑ Debtor 1 only                                  **Type of NONPRIORITY unsecured claim:**
       ❑ Debtor 2 only                                  ❑ Student loans
       ❑ Debtor 1 and Debtor 2 only                     ❑ Obligations arising out of a separation agreement or divorce that you did not report as
       ❑ At least one of the debtors and another            priority claims
       ❑ **Check if this claim is for a community debt**  ❑ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other. Specify  _____
       **Is the claim subject to offset?**
       ☑ No
       ❑ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **20** of **21**

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | **$0.00** |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | **$0.00** |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | **$0.00** |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | Total. Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | **$0.00** |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | **$0.00** |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | **$0.00** |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$75,608.92** |
| | 6j. | Total. Add lines 6f through 6i. | 6j. | **$75,608.92** |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 44 of 81

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Erika</strong>     <strong>Lorenza</strong>     <strong>Garcia</strong><br>First Name     Middle Name     Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name     Middle Name     Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    <strong>Western</strong>    District of    <strong>Washington</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.2** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.3** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |
| **2.4** Name<br><br>Number    Street<br><br>City    State    ZIP Code | |

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    **Erika**      **Lorenza**      **Garcia**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Western**    District of    **Washington**

Case number
(if known)

☐ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.**    **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.**    **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     ☐ No
     ☑ Yes. In which community state or territory did you live?    **Washington**   . Fill in the name and current address of that person.

     **Jaime Cortes**
     Name of your spouse, former spouse, or legal equivalent

     **28815 45th Pl S**
     Number      Street

     **Auburn, WA 98001**
     City      State      ZIP Code

**3.**    **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**   **Rosa Soto Lara** <br> Name <br><br> **28815 45th Pl S** <br> Number    Street <br> **Auburn, WA 98001-2810** <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line   **4.6** <br> ☐ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number    Street <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 46 of 81

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Western** | District of | **Washington** |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **Medical Assistant** | **Driver** |
| | Employer's name | **Valley Medical** | **McKinstry Co LLC** |
| | Employer's address | **400 S 43rd St**<br>Number     Street | **5005 3rd Ave S**<br>Number     Street |
| | | **Renton, WA 98055-5714**<br>City     State     ZIP Code | **Seattle, WA 98134**<br>City     State     ZIP Code |
| | How long employed there? | **Since 5/2023** | **since 10/2024** |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$4,635.06** | **$5,535.70** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$4,635.06** | **$5,535.70** |

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................➔ 4. | | $4,635.06 | $5,535.70 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $551.37 | $851.20 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $342.01 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. | $479.68 | $0.00 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. | $99.78 | $391.78 |
| 5h. | **Other deductions.** Specify: <u>See additional page</u> | 5h. + | $0.00 | + $240.85 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $1,472.84   $1,483.82

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $3,162.23   $4,051.88

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $0.00   $0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $3,162.23 + $4,051.88 = $7,214.11

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $0.00

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. $7,214.11

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Debtor 1     **Erika**      **Lorenza**      **Garcia**      Case number *(if known)* _____

         First Name       Middle Name       Last Name

| | Amount |
|---|---|
| 5h. **Other Deductions For Debtor 2 or non-filing spouse** | |
| **Vacation** | **$239.24** |
| **Stocker** | **$1.60** |

**Fill in this information to identify your case:**

Debtor 1    **Erika       Lorenza      Garcia**
            First Name     Middle Name   Last Name

Debtor 2
(Spouse, if filing)
            First Name     Middle Name   Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No
   ☑ Yes. Fill out this information
      for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **10** | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$2,100.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$0.00** |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 51 of 81

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $225.00 |
| | 6b. Water, sewer, garbage collection | 6b. $200.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $391.00 |
| | 6d. Other. Specify: **Streaming Services** | 6d. $46.00 |
| 7. | **Food and housekeeping supplies** | 7. $1,300.00 |
| 8. | **Childcare and children's education costs** | 8. $240.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $300.00 |
| 10. | **Personal care products and services** | 10. $75.00 |
| 11. | **Medical and dental expenses** | 11. $250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $683.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $325.00 |
| 14. | **Charitable contributions and religious donations** | 14. $25.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $160.00 |
| | 15d. Other insurance. Specify: | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 **2018 Toyota Rav4** | 17a. $512.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: | 17c. $0.00 |
| | 17d. Other. Specify: | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **29 yo son college** | 19. $125.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Debtor 1   **Erika**          **Lorenza**          *Garcia*
            First Name         Middle Name          Last Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: **Pet care** _____ | 21. + | **$200.00** |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.       22a.     **$7,157.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.     **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.     **$7,157.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a.     **$7,214.11**

    23b. Copy your monthly expenses from line 22c above.     23b. −     **$7,157.00**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*     23c.     **$57.11**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

Debtor 1    **Erika**      **Lorenza**      **Garcia**          Case number *(if known)* _____

       First Name        Middle Name        Last Name

|  | Amount |
|---|---:|
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | |
| Cell Phone | $326.00 |
| Internet | $65.00 |
| 12. **Transportation: gas, maintenance, bus or train fare** | |
| Fuel | $433.00 |
| Maintenance | $250.00 |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 54 of 81

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................................... | **$30,297.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................................... | **$30,297.00** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$13,848.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | **+ $75,608.92** |
| **Your total liabilities** | **$89,456.92** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$7,214.11** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | **$7,157.00** |

Case 25-10893-CMA   Doc 1   Filed 04/02/25   Ent. 04/02/25 21:04:28   Pg. 55 of 81

| Debtor 1 | Erika | Lorenza | Garcia | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

**7. What kind of debt do you have?**

- ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

- ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| | **$9,896.19** |

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 56 of 81

| Fill in this information to identify your case: |

Debtor 1     **Erika**        **Lorenza**       **Garcia**

                First Name           Middle Name       Last Name

Debtor 2

(Spouse, if filing)

                First Name           Middle Name       Last Name

United States Bankruptcy Court for the:     **Western District of Washington**

Case number

(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Erika Garcia*

Erika Lorenza Garcia, Debtor 1

Date **04/02/2025**

     MM/ DD/ YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Erika** | **Lorenza** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Western District of Washington** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 58 of 81

Debtor 1    **Erika**      **Lorenza**      **Garcia**

         First Name        Middle Name        Last Name

Case number *(if known)* _____

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$12,439.90** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$16,434.50** |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>                 YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$68,031.15** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$10,561.84** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>                 YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$70,498.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$17,414.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>                 YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>                 YYYY | _____ | _____ | _____ | _____ |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 59 of 81

Debtor 1      **Erika**       **Lorenza**       **Garcia**           Case number *(if known)* _____

           First Name         Middle Name        Last Name

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

             During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

             ☐ No. Go to line 7.

             ☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

             * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

             During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

             ☐ No. Go to line 7.

             ☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Capital One Auto Finance**<br>Creditor's Name | **last 90 days** | **$1,299.00** | **$13,848.00** | ☐ Mortgage |
| **Attn: Bankruptcy** | | | | ☑ Car |
| **7933 Preston Rd**<br>Number   Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| **Plano, TX 75024-2302**<br>City    State    ZIP Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number   Street | | | | |
| City    State    ZIP Code | | | | |

Case 25-10893-CMA     Doc 1     Filed 04/02/25     Ent. 04/02/25 21:04:28     Pg. 60 of 81

| Debtor 1 | Erika | Lorenza | Garcia | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State     ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Lendmark Financial Services, LLC vs. Erika Garcia**<br><br>Case number **24-2-15218-1 KNT** | **Collection** | **King County Superior Court**<br>Court Name<br>**401 4th Ave N**<br>Number     Street<br>**Kent, WA 98032-4429**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1   **Erika**          **Lorenza**         **Garcia**
           First Name          Middle Name         Last Name                    Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |
| **Explain what happened** | | |

_____
Creditor's Name

_____
Number    Street

❏ Property was repossessed.
❏ Property was foreclosed.
❏ Property was garnished.

_____

_____
City           State    ZIP Code

❏ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

_____
City           State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:   List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

Debtor 1     **Erika**        **Lorenza**        **Garcia**

            First Name          Middle Name          Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number    Street | | | |
| City      State    ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Number    Street | | | |
| City      State    ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

Case 25-10893-CMA     Doc 1     Filed 04/02/25     Ent. 04/02/25 21:04:28     Pg. 63 of 81

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Mark McClure, PS** | **Attorney's Fee** | 4/1/2025 | $2,150.00 |
| Person Who Was Paid | | | |
| **1103 W Meeker St 101** | | | |
| Number     Street | | | |
| | | | |
| **Kent, WA 98032** | | | |
| City          State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

Case 25-10893-CMA     Doc 1     Filed 04/02/25     Ent. 04/02/25 21:04:28     Pg. 64 of 81

Debtor 1    **Erika**      **Lorenza**      **Garcia**

First Name     Middle Name     Last Name

Case number *(if known)* _____

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City     State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?** Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| **Number   Street** | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other _____ | | |
| **City    State   ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution** | _____<br>**Name** | | ☐ No<br>☐ Yes |
| _____<br>**Number    Street** | _____<br>**Number    Street** | | |
| _____<br>**City         State    ZIP Code** | _____<br>**City           State     ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility** | _____<br>**Name** | | ☐ No<br>☐ Yes |
| _____<br>**Number    Street** | _____<br>**Number    Street** | | |
| _____<br>**City         State    ZIP Code** | _____<br>**City           State     ZIP Code** | | |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>**Owner's Name** | _____<br>**Number    Street** | | _____ |
| _____<br>**Number    Street** | _____ | | |
| _____<br>**City         State    ZIP Code** | _____<br>**City           State     ZIP Code** | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page **9**

| Debtor 1 | **Erika** | **Lorenza** | **Garcia** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 67 of 81

Debtor 1    **Erika**      **Lorenza**      **Garcia**

First Name      Middle Name      Last Name

Case number *(if known)* _____

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** | | ☐ **Pending** |
| _____ | **Number**   **Street** | | ☐ **On appeal** |
| **Case number** | **City**    **State**   **ZIP Code** | | ☐ **Concluded** |

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

     ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

     ☐ A partner in a partnership

     ☐ An officer, director, or managing executive of a corporation

     ☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number**   **Street** | Name of accountant or bookkeeper | Dates business existed |
| **City**    **State**   **ZIP Code** | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number**   **Street** | |
| **City**    **State**   **ZIP Code** | |

Case 25-10893-CMA    Doc 1    Filed 04/02/25    Ent. 04/02/25 21:04:28    Pg. 68 of 81

| Debtor 1 | Erika | Lorenza | Garcia | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** *Erika Garcia*
_____
Signature of Erika Lorenza Garcia, Debtor 1

Date **04/02/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Document Group ID: c3e020a530ec494984e97528662a0e9b7dbcf2ca

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Erika**    **Lorenza**    **Garcia** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Western District of Washington** |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Auto Finance**<br>Description of property securing debt: **2018 Toyota Rav4**<br>**Retail as of 1/23/2025** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: **make payments** | ☐ No<br>☑ Yes |

---

| Debtor 1 | Erika | Lorenza | Garcia | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** *Erika Garcia* _____
Signature of Debtor 1

Date **04/02/2025** _____
    MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

**In re**    Garcia, Erika Lorenza

Case No. _____

**Debtor**

Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$2,150.00**

Prior to the filing of this statement I have received ............................................................    **$2,150.00**

Balance Due ...........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/02/2025** | **/s/ Mark Charles McClure** |
|---|---|
| *Date* | Mark Charles McClure |
| | *Signature of Attorney* |

Bar Number: 24393
Law Office of Mark McClure, PS
1103 W Meeker St 101
Kent, WA 98032
Phone: (253) 631-6484

**Law Office of Mark McClure, PS**
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

IN RE: **Garcia, Erika Lorenza**                                      CASE NO

                                                                                    CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **04/02/2025**          Signature  *Erika Garcia*

                                                            Erika Lorenza Garcia, Debtor

**Affirm, Inc.**
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

**Amazon.com Services Inc.**
410 Terry Ave N
Seattle, WA 98109

**American Profit Recovery**
Attn: Bankruptcy 34505 W 12 Mile Road
#333
Farmington Hills, MI 48331

**American Profit Recovery**
Attn: Bankruptcy
34505 W 12 Mile Road Suite 333
Farmington, MI 48331

**ATI Physical Therapy**
33204 Collection Center Dr.
Chicago, IL 60693-0001

**Ballard Orthodontics**
Attn: Bankruptcy
1400 NW Market St. Ste #102
Seattle, WA 98107

**Bank of America**
Attn: Bankruptcy
Po Box 15220
Wilmington, DE 19886-5220

**Best Egg**
PO Box 42912
Philadelphia, PA 19101

**Boeing Ecu**
Po Box 97050
Seattle, WA 98124


**Caine & Weiner**
Attn: Bankruptcy 5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411


**Caine & Weiner**
Attn: Bankruptcy
PO Box 55848
Sherman Oaks, CA 91413


**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake Cty, UT 84130-0285


**Capital One Auto Finance**
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302


**CenturyLink**
Attn: Bankruptcy
PO Box 91155
Seattle, WA 98111


**Cit Bank Na/ loancare**
3637 Sentara Way
Virginia Beach, VA 23452


**Citibank/ The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179

**Consumer Portfolio Services, Inc.**

Attn: Bankruptcy
PO Box 57071
Irvine, CA 92619

**Jaime Cortes**

28815 45th Pl S
Auburn, WA 98001

**Current**

Attn: Bankruptcy Attn: Bankruptcy
217 Centre St #180 ,
New York, NY 10013

**Draper Woldseth PLLC**

4208 198th St SW, Suite 201
Lynwood, WA 98036

**Evergreen Professional Recoveries, Inc.**

12100 NE 195th St. Ste 125
Auburn, WA 98001

**Finwise Bank**

756 E Winchester St Ste 100
Salt Lake Cty, UT 84107-7520

**InDebted**

Attn: Bankruptcy
PO Box 1201
Farmington, MO 63640

**Kikoff**

Attn: Bankruptcy 75 Broadway Suite 226
San Francisco, CA 94111

**Labcorp**
Attn: Bankruptcy
PO Box 2240
Burlington, NC 27216

**Lendmark**
1320 Central Park Bv
Fredericksburg, VA 22404

**Lendmark Financial Services**
Attn: Bankruptcy
1735 North Brown Rd, Ste 300
Lawrenceville, OH 30043

**Linebarger Goggan Blair & Sampson LLP**
5801 Sound Drive NW Ste 50B
Gig Harbor, WA 98335

**MultiCare**
Attn: Bankruptcy
PO Box 5299 MS 1313-5-CUS
Tacoma, WA 98415

**Ortho Synetics**
Attn: Bankruptcy
3850 N. Causeway Blvd Ste 800
Metairie, LA 70002

**Possible Finance**
2231 First Avenue Ste B
Seattle, WA 98121

**Progressive Insurance**
6300 Wilson Mills Rd
Cleveland, OH 44143

**Radia Inc. P.S.**
Attn: Bankruptcy
19020 33rd Ave West Ste 210
Lynnwood, WA 98036


**Rosa Soto Lara**
28815 45th Pl S
Auburn, WA 98001-2810


**Sacajawea Veterinary Hospital**
1616 SW Dash Point Rd
Federal Way, WA 98023


**Seattle Eye Care**
1600 E Jefferson St Ste 202
Seattle, WA 98122-5644


**ServiSolutions**
Attn: Bankruptcy Dept
P.O. Box 242967
Montgomery, AL 36124


**Springleaf Financial S**
Time Square Plz Ste F
Everett, WA 98203


**Swedish Hospital Billing**
Attn: Bankruptcy
747 Broadway
Seattle, WA 98122


**Synchrony Bank/ Care Credit**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

**Synchrony Bank/ JCPenney**
FL 32896
Attn: Bankruptcy
Orlando,
Po Box 965060

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025

**Transworld System Inc.**
500 Virginia Drive Suite 514
Fort Washington, PA 19034

**TRS Recovery Services, Inc.**
Attn: Bankruptcy
1600 Terrell Mill Rd
Marietta, GA 30067

**Upstart**
PO Box 1503
San Carlos, CA 94070

**Upstart Finance**
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

**Wells Fargo Dealer Services**
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

**WSFS Bank**
Attn: Bankruptcy
500 Delaware Ave
Wilmington, DE 19801



# signNow

## Document History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document name:** | Petition as of 422025 |
| **Document created:** | 04/02/2025 16:32:52 |
| **Document pages:** | 80 |
| **Document ID:** | 3c9f79b2839145debae52b8b340de637aff1ba1e |
| **Document Sent:** | 04/02/2025 16:33:11 UTC |
| **Document Status:** | Signed |
| | 04/03/2025 03:57:54UTC |

| **Sender:** | noreply@legal-pro.com |
|---|---|
| **Signers:** | loren.eg22@gmail.com, mark@mcclurelawgroup.com |
| **CC:** | |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| JubileePRO | Uploaded the Document | noreply@legal-pro.com | 04/02/2025 16:32:52 pm UTC | | 104.215.79.77 |
| JubileePRO | Document Saved | noreply@legal-pro.com | 04/02/2025 16:32:53 pm UTC | | 104.215.79.77 |
| JubileePRO | Document Saved | noreply@legal-pro.com | 04/02/2025 16:32:54 pm UTC | | 104.215.79.77 |
| JubileePRO | Invite Sent to: loren.eg22@gmail.com | noreply@legal-pro.com | 04/02/2025 16:33:12 pm UTC | | 104.215.79.77 |
| JubileePRO | Viewed the Document | loren.eg22@gmail.com | 04/03/2025 03:54:09 am UTC | 04/03/2025 03:54:09 am UTC | 71.197.204.188 |
| JubileePRO | Viewed the Document | loren.eg22@gmail.com | 04/03/2025 03:54:09 am UTC | 04/03/2025 03:54:09 am UTC | 71.197.204.188 |
| JubileePRO | Unfinished Document | loren.eg22@gmail.com | 04/03/2025 03:54:40 am UTC | 04/03/2025 03:54:40 am UTC | 10.50.84.148 |
| JubileePRO | Signed the Document | loren.eg22@gmail.com | 04/03/2025 03:57:54 am UTC | 04/03/2025 03:57:53 am UTC | 71.197.204.188 |
| JubileePRO | Signed the Document | loren.eg22@gmail.com | 04/03/2025 03:57:54 am UTC | 04/03/2025 03:57:53 am UTC | 71.197.204.188 |
| JubileePRO | Signed the Document | loren.eg22@gmail.com | 04/03/2025 03:57:54 am UTC | 04/03/2025 03:57:53 am UTC | 71.197.204.188 |
| JubileePRO | Signed the Document | loren.eg22@gmail.com | 04/03/2025 03:57:54 am UTC | 04/03/2025 03:57:53 am UTC | 71.197.204.188 |
| JubileePRO | Signed the Document | loren.eg22@gmail.com | 04/03/2025 03:57:54 am UTC | 04/03/2025 03:57:53 am UTC | 71.197.204.188 |
| JubileePRO | Viewed the Document | mark@mcclurelawgroup.com | 04/03/2025 04:01:02 am UTC | 04/03/2025 04:01:02 am UTC | 97.186.79.234 |